UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | Case No.  1:22-cr-00171 JMC |
| PAULA CONLON | * | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Robert C. Bonsib, Esq. as counsel for the Defendant in the above-captioned matter.

Respectfully submitted,

/s/ *Robert C. Bonsib*

_____
ROBERT C. BONSIB
64ll Ivy Lane, Suite ll6
Greenbelt, Maryland  20770
(30l) 44l-3000 office
(301) 509-5100 cell
robertbonsib@marcusbonsib.com
Bar # 423-306

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Entry of Appearance was sent, via ECF, this 23rd day of May, 2022 to Assistant United States Attorney Mona Furst.

/s/ *Robert C. Bonsib*

_____
ROBERT C. BONSIB