UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 22-CR-171-JMC |
| v. | : | |
| | : | |
| **PAULA ANN CONLON,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF FILING

The defendant and their counsel have signed Attachment A to the Motion for a Protective Order, and it is files hereto.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:    */s/ Mona Lee M. Furst*
        MONA LEE M. FURST
        Assistant United States Attorney
        Detailee – Federal Major Crimes
        Kansas Bar No. 13162
        United States Attorney's Office
        1200 Epic Center, Suite 1200
        Wichita, Kansas 67202
        Mobile No. (316) 269-6537
        Mona.Furst@usdoj.gov