UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          *

VS.                               *   Case No. 1:22-cr-00171 JMC

PAULA CONLON                      *

## **ORDER**

Upon consideration of the Defendant, Paula Conlon's Motion to Modify Conditions of Release (To Remove Requirement of Electronic Monitoring), it is this _____ day of _____, 2022;

ORDERED that the motion is GRANTED and the requirement that the Defendant be supervised via electronic monitoring is vacated and;

IT IS FURTHER ORDERED that all other conditions of release shall remain in effect.

_____
JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA